| | |
|---|---|
| LOUIS MICHAEL COUCH, INDIVIDUALLY, AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF DONNA WHITTTED COUCH, JENNIFER ANN LONGWAY, AND JESSICA DALE GRAHAM,<br><br>*Plaintiffs*,<br><br>v.<br><br>PILGRIM'S PRIDE CORPORATION,<br><br>*Defendant*, | § § § § § § § § § § § § § § § Civil Action No. 2:13-cv-498-JRG |

## ORDER GRANTING PLAINTIFFS' AGREED MOTION TO DISMISS

On this day came to be heard Plaintiff Louis Michael Couch, Individually, and as Independent Executor of the Estate of Donna Whitted Couch, Jennifer Ann Longway, and Jessica Dale Graham, and Defendant Pilgrim's Pride Corporation's Agreed Motion to Dismiss (Dkt. No. 56).

Having considered the Motion, the Court finds that it should be, and hereby is, **GRANTED**. Accordingly, the Court **ORDERS** that all claims in the above-caption action are **DISSMISSED**, with prejudice. All costs, fees and expenses shall be borne by the party incurring the same.

**So ORDERED and SIGNED this 26th day of June, 2014.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

1